## UNITED STATES DISTRICT COURT
### DISTRICT OF MARYLAND

_____

|  |  |  |
|---|---|---|
| Cynthia Marine, | : | |
| | : | |
| | : | |
| | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No.: 1:15-cv-03172-ELH (JKS) |
| | : | |
| Liberty Power Corp, LLC, | : | |
| | : | |
| Defendant. | : | |

_____ :

:

## **STIPULATION OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED by and between the parties, through their

counsel, that, pursuant to Fed. R. Civ. P.41(a)(1)(A)(ii), the above-captioned action is hereby

dismissed in its entirety **with prejudice** and without costs to any party.

| Cynthia Marine | Liberty Power Corp, LLC |
|---|---|
| ___/s/ Sergei Lemberg_____ | _____*/s/ Jeffrey P. Brundage*_____ |
| | Charles A. Zdebski (USDC MD Bar No. 13840) |
| Sergei Lemberg, Esq. | Jeffrey P. Brundage (USDC MD Bar No. 18240) |
| Lemberg Law, LLC | 1717 Pennsylvania Avenue, N.W. |
| 43 Danbury Road, Third Floor | 12th Floor |
| Wilton, CT 06897 | Washington, D.C. 20006 |
| Telephone: (203) 653-2250 | Tel:  202-659-6600 |
| Facsimile: (203) 653-3424 | Fax: 202-659-6699 |
| Email: slemberg@lemberglaw.com | Email: czdebski@eckertseamans.com |
| Attorney for Plaintiff | Email: jbrundage@eckertseamans.com |
| | *Attorneys for Defendant* |
| | *Liberty Power Corp, LLC* |

**Dated:** _____    _____

### UNITED STATES DISTRICT COURT JUDGE

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 9, 2016, a true and correct copy of the foregoing Stipulation of Dismissal was served electronically by the U.S. District Court for theDistrict of Maryland Electronic Document Filing System (ECF) and that the document is available on the ECF system.

By /s/ Sergei Lemberg
Sergei Lemberg, Esq.