**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2016 MAR -9 PM 1:48

CLERK'S OFFICE
AT BALTIMORE

BY_____DEPUTY

|  |  |
|---|---|
| Cynthia Marine,<br><br>Plaintiff,<br>v.<br><br>Liberty Power Corp, LLC,<br><br>Defendant. | Civil Action No.: 1:15-cv-03172-ELH (JKS)<br><br>APPROVED THIS 9th DAY OF March 2016<br><br>/s/ Ellen L. Hollander<br>ELLEN L. HOLLANDER, U.S.D.J. |

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the parties, through their counsel, that, pursuant to Fed. R. Civ. P.41(a)(1)(A)(ii), the above-captioned action is hereby dismissed in its entirety **with prejudice** and without costs to any party.

| Cynthia Marine | Liberty Power Corp, LLC |
|---|---|
| /s/ Sergei Lemberg | /s/ Jeffrey P. Brundage |
| Sergei Lemberg, Esq.<br>Lemberg Law, LLC<br>43 Danbury Road, Third Floor<br>Wilton, CT 06897<br>Telephone: (203) 653-2250<br>Facsimile: (203) 653-3424<br>Email: slemberg@lemberglaw.com<br>Attorney for Plaintiff | Charles A. Zdebski (USDC MD Bar No. 13840)<br>Jeffrey P. Brundage (USDC MD Bar No. 18240)<br>1717 Pennsylvania Avenue, N.W.<br>12th Floor<br>Washington, D.C. 20006<br>Tel: 202-659-6600<br>Fax: 202-659-6699<br>Email: czdebski@eckertseamans.com<br>Email: jbrundage@eckertseamans.com<br>*Attorneys for Defendant*<br>*Liberty Power Corp, LLC* |

Dated: 3/9/16

/s/ Ellen L. Hollander
**UNITED STATES DISTRICT COURT JUDGE**